934

No. 76–5815.  ZANNIS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–5821.  REESE v. UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 76–5826.  PHILION v. HARRIS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 76–5833.  WORTHY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5864.  CLAY ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 76–5865.  JOHNSON v. MISSOURI.  Ct. App. Mo., St. Louis District.  Certiorari denied.

No. 76–5868.  SMITH v. TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 76–5880.  DeLUCA v. UNITED STATES; and
No. 76–5947.  WALLACE v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  Reported below: 546 F. 2d 420.

No. 76–5883.  ROOTS v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 76–5893.  JOHNSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5914.  YOUNG v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–5931.  SPOON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 76–5934.  STARR v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.